UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TED GREGORY MORITZ, | ) | CASE NO. ED CV 07-538-AHM (PJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER ACCEPTING REPORT AND |
| v. | ) | ADOPTING FINDINGS, CONCLUSIONS, |
| | ) | AND RECOMMENDATIONS OF UNITED |
| DIRECTOR OF THE CALIFORNIA | ) | STATES MAGISTRATE JUDGE |
| DEPARTMENT OF CORRECTIONS, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED: August 25, 2009

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\ED07CV00538AHM-O.wpd