UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED GREGORY MORITZ,<br><br>    Petitioner,<br><br>    v.<br><br>DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>    Respondent. | CASE NO. ED CV 07-538-AHM (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: <u>August 25, 2009</u>

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**